TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-94-00406-CR







Albert Peralta, Appellant



v.



The State of Texas, Appellee







FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY


NO. 406441, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING







PER CURIAM



 This is an appeal from the judgment of conviction for criminal mischief. Appellant
has filed a motion to withdraw the appeal. No decision of this Court has been delivered. The
motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).





Before Chief Justice Carroll, Justices Aboussie and Jones


Appeal Dismissed on Appellant's Motion


Filed: March 1, 1995


Do Not Publish